**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAVID O. THARP, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CALIBER HOME LOANS, INC., | : | |
| | : | |
| Defendant. | : | JULY 6, 2017 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Caliber Home Loans, Inc. ("Caliber") hereby submits this Notice of Removal and respectfully requests that the above-entitled action be removed to the United States District Court for the District of Connecticut from the Connecticut Superior Court for the Judicial District of Tolland at Rockville. As set forth herein, removal has been timely and properly noticed, and the action is removable based on diversity of citizenship jurisdiction. *See* 28 U.S.C. § 1332.

### Removal is Timely and Properly Noticed

1. Plaintiff David O. Tharp ("Plaintiff"), served the C T Corporation System, the registered agent for Caliber, with a summons and complaint (the "Complaint") on June 9, 2017. A copy of the summons and Complaint is attached hereto as Exhibit A.

2. On June 9, 2017, C T Corporation System e-mailed the summons and Complaint to Caliber. A copy of the C T Corporation System's Service of Process Transmittal is attached hereto as Exhibit B.

3. On June 12, 2017, Plaintiff filed the Complaint, a Return of Service, and a receipt for his filing fee, in the Superior Court for the Judicial District of Tolland at Rockville. A copy of the Return of Service is attached hereto as Exhibit C. The Return of Service confirms that

service on C T Corporation System was made on June 9, 2017.  A copy of the receipt is attached hereto as Exhibit D.

4. On June 28, 2017, Day Pitney LLP filed an appearance on behalf of Caliber in the Superior Court, a copy of which is attached hereto as Exhibit E.

5. On June 29, 2017, Plaintiff filed a "Motion for Discovery of Material Evidence" in the Superior Court, a copy of which is attached hereto as Exhibit F.  Exhibits A, C, D, E and F comprise all of the filings in the Superior Court to date.

6. Removal is timely noticed because this Notice of Removal has been filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446(b).

7. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served promptly on Plaintiff and filed with the Clerk of the Superior Court for the Judicial District of Tolland at Rockville.

8. This action is properly removed to this Court because the District of Connecticut embraces "the place where such action is pending."  *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 86.

**The Action is Removable Based on Diversity of Citizenship Jurisdiction**

9. This action is subject to removal under 28 U.S.C. §§ 1332(a) and 1441 because there is complete diversity of citizenship between the litigants and the amount in controversy exceeds $75,000 exclusive of interests and costs.  *See* 28 U.S.C. § 1446(c)(2)(A).

10. Plaintiff alleges that he is a resident of Willington, Connecticut and, on information and belief, Plaintiff is a citizen of Connecticut.  Compl. (Ex. A) ¶ 1.

11. Caliber is a Delaware corporation with its principal place of business located at 3701 Regent Blvd., Suite 200, Irving, Texas 75063.

12. The amount in controversy exceeds $75,000, exclusive of interest and costs, because the Complaint alleges damages in excess of $2,000,00.00. Specifically, Plaintiff claims that Caliber failed to pay an invoice dated December 1, 2016, in the amount of $285,400.00, "to compensate" Plaintiff for alleged "robo colls" that Caliber allegedly made to Plaintiffs' residence. Compl. (Ex. A) ¶ 7. Plaintiff also claims that Caliber alleged had phone conversations with his daughter that caused her to suffer "anxiety, fear, and depression" and that will require medical treatment costing approximately $2,200,00.00. *Id.* ¶¶ 4, 6.

WHEREFORE, pursuant to 28 U.S.C. §§ 1441 and 1446, Caliber hereby removes this action to the United States District Court for the District of Connecticut from the Superior Court for the Judicial District of Tolland at Rockville.

DEFENDANT, CALIBER HOME LOANS, INC.

By:  */s/ Thomas J. O'Neill*
Thomas J. O'Neill (ct12971)
*tjoneill@daypitney.com*
Day Pitney LLP
One Canterbury Green
Stamford, CT  06901
Telephone:  (203) 977-7300
Facsimile:   (203) 977-7301

Andraya B. Pulaski (ct29715)
*apulaski@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Telephone:  (860) 275-0100
Facsimile:   (860) 275-0343

*Its Attorneys*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of July, 2017, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

      A copy of the foregoing was mailed this date, via certified mail, to the Plaintiff at the following address:

    David O. Tharp
    49 Old Farms Rd.
    Willington, CT 06279

                                 */s/ Andraya B. Pulaski*
                                  Andraya B. Pulaski (ct29715)

# Exhibit A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☒ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 69 Brooklyn St. Rockville, CT. 06066 | ( 860 ) 896-4920 | June 27, 2017 |

| ☒ Judicial District  ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) Major: C  Minor: 40 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| David O. Tharp, 49 Old Farms Rd. Willington, CT. 06279 | |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 428-2140 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): americansentry@snet.net

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: David O. Tharp  Address: 49 Old Farms Rd. Willington, CT. 06279 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Caliber Home Loans, Inc. ET AL  Address: One Corporate Center, Hartford, CT. 06103 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

**Notice to Each Defendant**

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☐ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left | Date signed |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) *[signature]* | Date 9 June 2017 | Docket Number CV17-5007498 |

Print Form    (Page 1 of 2)    Reset Form

RETURN DATE: 27 JUNE, 2017 : SUPERIOR COURT

DAVID O. THARP : JUDICIAL DISTRICT OF
: TOLLAND

V. : AT ROCKVILLE

CALIBER HOME LOANS, INC. ET AL :JUNE 9, 2017

## COMPLAINT

1. The Plaintiff, David O. Tharp, has his home and primary residence at 49 Old Farms Rd. Willington, CT. 06279.

2. The defendant(s) herein have listed the following address as their place of business: 13801 Wireless Way, Oklahoma City, Oklahoma. The Agent for Service Address is listed with the Connecticut Secretary of State as: One Corporate Center, Hartford, CT. 06103.

3. On or about 13 May, 2016, the Defendant(s) received a cease and desist order from the Plaintiff containing specific instructions to stop initiating computer generated phone calls aka: "robo calls" to the Plaintiff. Plaintiff failed to comply and continued to cause these phone calls.

4. Over the period 1 January, 2016 to 1 December 2016, agents representing the Defendant(s) engaged in phone conversations with the Plaintiff's 13 year old minor daughter. Causing said daughter severe anxiety, fear, and depression which lead to clinical diagnosis and continuing treatment.

5. Defendant(s) have ignored repeated requests to release any transcripts, recordings, or other evidence which would reveal the contents of said conversations between agents of Defendant(s) and the Plaintiff's 13 year old minor child.

6. It is estimated that future treatment for said daughter to include anxiety medication and professional medical treatment will cost approximately $2,200,000.00 over the following ten years, and that despite treatment, Plaintiff's minor child may never fully recover throughout the span of her lifetime.

7. The Plaintiff mailed and invoice on 1 December, 2016 to Defendant(s) in the amount of $285,400.00 to compensate for over 190 "robo calls" to his residence. Defendant acknowledged receipt of said invoice on 8 December, 2016. Defendant(s) have not paid said Invoice.

8. An inquiry has been submitted to the New Haven Regional Office of the Federal Bureau of Investigation to determine the existence or absence of criminal activity.

WHEREFORE, the plaintiff claims:

1. Immediate Payment of $2,200,000.00
2. Payment of Invoice dated 1 December, 2016 of $285,400.00
3. All reasonable attorney's fees and costs
4. Interested as deemed just and equitable by the court
5. Cease and desist all phone contact pursuant to Conn. Gen. Stat. 36a-646
6. Such other and further relief as the Court may deem just and equitable.

Notice is hereby given to the Defendant(s) that the Plaintiff intends to seek satisfaction of any judgement rendered in its favor in this action out of any debt accruing to said Defendant(s) by reason of their person services.

Dated at Willington, Connecticut on June 9th, 2017

Plaintiff

By: *[signature]*

David O. Tharp
49 Old Farms Rd.
Willington, Ct. 06279
860-428-2140

# Exhibit B

 **CT Corporation**

# Service of Process Transmittal
06/09/2017
CT Log Number 531370570

| | |
|---|---|
| **TO:** | Thomas Colatriano<br>Caliber Home Loans, Inc.<br>3701 Regent Blvd Ste 200<br>Irving, TX 75063-2296 |
| **RE:** | Process Served in Connecticut |
| **FOR:** | Caliber Home Loans, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DAVID O. THARP, Pltf. vs. CALIBER HOME LOANS, INC., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Tolland at Rockville Superior Court Judicial District, CT<br>Case # NONE |
| **NATURE OF ACTION:** | Amount $285,400.00 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/09/2017 at 11:45 |
| **JURISDICTION SERVED :** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | On or before the second day after June 27, 2017 |
| **ATTORNEY(S) / SENDER(S):** | David O. Tharp<br>49 Old Farms Rd<br>Willington, CT 06279<br>860-428-2140 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/09/2017, Expected Purge Date: 06/14/2017<br><br>Image SOP<br><br>Email Notification,  Service Process  sop@caliberhomeloans.com<br><br>Email Notification,  Barb Day  Barb.Day@Caliberhomeloans.Com |
| **SIGNED:**<br>**ADDRESS:**<br>**TELEPHONE:** | C T Corporation System<br>One Corporate Center<br>Hartford, CT 06103-3220<br>860-724-9044 |

Page 1 of  1 / DM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# Exhibit C

STATE OF CONNECTICUT )
                            ) ss. Wethersfield                       June 9, 2017
COUNTY OF HARTFORD )

     Then and there and by virtue hereof and by direction of the Plaintiff, on the 9th day of June, 2017, I left a verified true and attested copy of the within original **Summons – Civil and Complaint**, with and in the hands of the clerk in charge of the office of **C T CORPORATION SYSTEM**, One Corporate Center, Hartford, CT, the registered Agent for Service for the within named Defendant, **CALIBER HOME LOANS, INC.**.

     The within is the original **Summons – Civil and Complaint**, with my doings hereon endorsed.

Fees

    Service         $ 40.00
    Pages           $ 3.00
    Endorsements $ 1.20
    Travel           $ 15.80

**TOTAL**                **$ 60.00**

ATTEST:

*/s/ John J. O'Leary*
JOHN J. O'LEARY
STATE MARSHAL
HARTFORD COUNTY

[Stamp: 2017 JUN 12 PM 2:02 SUPERIOR COURT TOLLAND JUDICIAL DISTRICT]

**John J. O'Leary**
Connecticut State Marshal

P.O. Box 2 Wethersfield, CT 06129      hartfordmarshal@gmail.com      860.463.2216

# Exhibit D

```
State Of Connecticut
JD37 Tolland GA7 TTD

PostDate:  06/12/2017
Loc Code:  TTD
Docket:    CV1750074989
Rcpt Nbr:  0312947
Plaintiff: David Tharp
Defendant: Caliber Home Loans, Inc.
Payer:     Plaintiff

0001 170 - Entry Fee >or = $2500  360.00

<2960/31 #12-1>
1716031-1 12Jun17 02:04PM         360.00
              *0016*
   1 ITEMS: AMT DUE     $360.00
     370.00 Cash
             Change     $10.00
```

# Exhibit E

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

## *Notice To Self-Represented Parties*

*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

**Return date:** Jun-27-2017
**Docket number:** TTD-CV-17-5007498

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
THARP, DAVID, O.  v. CALIBER HOME LOANS, INC.

[x] Judicial District  [ ] Housing Session  [ ] Small Claims  [ ] Geographic Area number

**Address of Court** *(Number, street, town and zip code)*
69 BROOKLYN STREET ROCKVILLE, CT 06066

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

**Name of self-represented party** *(See "Notice to Self-Represented Parties" at top), or name of official, firm, professional corporation, or individual attorney*
DAY PITNEY LLP

**Juris number of attorney or firm:** 014230

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
ONE CANTERBURY GREEN

**Post office box:**
**Telephone number** *(Area code first):* 203-977-7300

| City/town | State | Zip code | Fax number (Area code first) | E-mail address |
|---|---|---|---|---|
| STAMFORD | CT | 06901 | 203-977-7301 | tjoneill@daypitney.com |

**in the case named above for:** *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
[x] The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only)*.
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   [x] Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 406466 | THOMAS JOSEPH O NEILL | Jun 28 2017 |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Jun 28 2017**   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

**Name and address of each party and attorney that copy was mailed or delivered to***

DAVID O. THARP (Self Represented) - 49 OLD FARMS RD. WILLINGTON, CT 06279

*For Court Use Only*

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 406466 | THOMAS JOSEPH O NEILL | Jun 28 2017 | 203-977-7300 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

# Exhibit F

| | |
|---|---|
| DOCKET NO.: TTD-CV-17-5007498-S | : SUPERIOR COURT |
| RETURN DATE: 27 JUNE, 2017 | |
| | |
| DAVID O. THARP | : JUDICIAL DISTRICT OF |
| | : TOLLAND |
| | |
| V. | : AT ROCKVILLE |
| | |
| CALIBER HOME LOANS, INC. ET AL | : JUNE 29, 2017 |

### MOTION FOR DISCOVERY OF MATERIAL EVIDENCE

The plaintiff in the above-entitled respectfully moves, pursuant to Section 13-9 of the Connecticut Practice Book, that all transcripts, records, voice recordings, by name identification of agents who engaged in phone conversations with plaintiff's minor child(ren), and other relevant information in the defendant(s) possession, CALIBER HOME LOANS, INC. ET AL., be submitted to the plaintiff for review.

Dated at Willington, Connecticut on June 29th, 2017

Plaintiff

By: _____

David O. Tharp
49 Old Farms Rd.
Willington, Ct. 06279
860-428-2140

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

## ORDER

The foregoing motion having been presented to the Court, after hearing had, it is hereby

ORDERED:

GRANTED/DENIED

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on 29 June, 2017 to all counsel and pro se parties of record as follows:

THOMAS JOSEPH O NEILL
ATTORNEY FOR DEFENSE
1 CANTERBURY GREEN
STAMFORD, CT. 06901

AGENT FOR SERVICE
CALIBER HOME LOANS, INC.
ONE COPRORATE CENTER
HARTFORD, CT. 06103