DOCKET NO.: TTD-CV-17-5007498-S           : SUPERIOR COURT
RETURN DATE: 27 JUNE, 2017

DAVID O. THARP           : JUDICIAL DISTRICT OF
          : TOLLAND

V.           : AT ROCKVILLE

CALIBER HOME LOANS, INC. ET AL           : JUNE 29, 2017

## MOTION FOR DISCOVERY OF MATERIAL EVIDENCE

The plaintiff in the above-entitled respectfully moves, pursuant to Section 13-9 of the Connecticut Practice Book, that all transcripts, records, voice recordings, by name identification of agents who engaged in phone conversations with plaintiff's minor child(ren), and other relevant information in the defendant(s) possession, CALIBER HOME LOANS, INC. ET AL., be submitted to the plaintiff for review.

Dated at Willington, Connecticut on June 29th, 2017

          Plaintiff

By: _____
David O. Tharp
49 Old Farms Rd.
Willington, Ct. 06279
860-428-2140

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED



## ORDER

The foregoing motion having been presented to the Court, after hearing had, it is hereby

ORDERED:

GRANTED/DENIED

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on 29 June, 2017 to all counsel and pro se parties of record as follows:

THOMAS JOSEPH O NEILL
ATTORNEY FOR DEFENSE
1 CANTERBURY GREEN
STAMFORD, CT. 06901

AGENT FOR SERVICE
CALIBER HOME LOANS, INC.
ONE COPRORATE CENTER
HARTFORD, CT. 06103