## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DAVID O. THARP        :   CASE NO. 3:17-cv-01118-AWT

      Plaintiff,       :

                        :

v.                       :

                        :

CALIBER HOME LOANS, INC.,     :

      Defendant.       :

                        :   JULY 27, 2017

US DISTRICT COURT   2017 JUL 31  P 12: 26   FILED

## PLAINTIFF'S OBJECTION TO DEFENDANT CALIBER'S MOTION TO DISMISS

Pursuant Fed. R. Civ. P. 15, Plaintiff hereby objects to the defendant(s) motion to dismiss.   In light of the defendant's ("Caliber Home Loans, Inc. ET AL") sudden concern for the rights of Plaintiff's minor daughter, and in light of Plaintiff's initial concern for the privacy of said minor daughter, Plaintiff hereby respectfully requests the court amend the title of the complaint to "Helen T., A Minor, By and Through her Father and Next Friend, David Tharp." Endrew V. Douglass No. 14-1417 (10th Cir. Aug. 25, 2015) this would satisfy the requirement of standing in all facets of the defendant's argument.

Pursuant 231 PA Code rule 2027 specifically provides that a parent shall supervise and control action on their behalf.  Therefore, the court must allow David Tharp, as legal guardian, next friend,   father, and head of household to file complaint on behalf of his minor child. However, should the court decide that Plaintiff's minor child is required to secure the services of a legally recognized barrister, Plaintiff respectfully requests a 30 day period to secure said services.

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th of July, 2017, the foregoing  sent via US First Class Mail to  Clerk, 2nd District Court, 450 Main St.  Hartford, CT. 06103 Notice of this filing will be sent via US First Class Mail to the Agent for Service and Counsel of Record at the Following Address:


CT. Corporations System
67 Burnside Ave.
East Hartford, CT.  06108

Thomas J. O'Neill
Day Pitney, LLP
One Canterbury Green
Stamford, CT. 06901

Pursuant 18 USC 875 the Defendant did in fact commit a legally recognized cause of action that is, communicating a threat through interstate communications.  Defendants lead said minor child to believe that she would be homeless and that her home would be taken away from her.

By: _____

David O. Tharp
49 Old Farms Rd
Willington, CT. 06279
(860) 428-2140
americansentry@snet.net