```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------- x
DAVID O. THARP,                  :
                                 :
          Plaintiff,             :
                                 :
v.                               :    Civil No. 3:17-cv-1118(AWT)
                                 :
CALIBER HOME LOANS, INC.,        :
                                 :
          Defendant.             :
-------------------------------- x
```

## ORDER RE MOTION TO REMAND

Plaintiff David O. Tharp's Motion to Remand to Connecticut Superior Court (Doc. No. 12) is hereby DENIED.

This action was removed to this court based on diversity of citizenship jurisdiction. It is not disputed that the plaintiff is a citizen of Connecticut, nor is it disputed that Caliber Home Loans, Inc. ("Caliber Home Loans") is a Delaware Corporation. Rather, the plaintiff argues that Caliber Home Loans is a citizen of Connecticut because it is registered with the Connecticut Secretary of State. However, that merely means that it is registered in Connecticut as a foreign corporation.

The plaintiff appears to also argue that the fact that he included "Et Al" in the caption of the original Complaint somehow made CT Corporation System a defendant in the case. It did not. The plaintiff served the defendant with a copy of the summons and Complaint through its registered agent for service

of process, which is CT Corporation System; this is reflected in the return of the Connecticut State Marshal. It is apparent that the plaintiff did not intend to make CT Corporation System a defendant in this case. The Complaint was served only on Caliber Home Loans, and there are no factual allegations in the Complaint against CT Corporation System.

It is so ordered.

Signed this 27th day of October, 2017, at Hartford, Connecticut.

                                                /s/ AWT
                                      Alvin W. Thompson
                                      United States District Judge