UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID O. THARP,<br><br>    Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC.<br><br>    Defendant. | :<br>:<br>:   CASE NO. 3:17-CV-1118 (AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This action came on for consideration of defendant's motion to dismiss before the Honorable Alvin W. Thompson, United States District Judge.

The Court having considered the motion and the full record of the case including applicable principles of law, issued an order granting the defendant's motion, as the only plaintiff in the case lacked standing when he brought the case.  It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered dismissing the complaint without prejudice,  and the case is closed.

Dated at Hartford, Connecticut, this 3rd day of November, 2017.


ROBIN D. TABORA, Clerk


By  /s/ Linda S. Ferguson
`    Linda S. Ferguson
     Deputy Clerk

EOD:  11/3/17